October 20, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-11-00183-CV                    V.

OCIE PICKENS, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the order signed by the court below on February 21, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.